Mapes Legal PC
Michael C. Mapes
State Bar No. 286939
131 S. Auburn Street
Grass Valley, CA 95945
Telephone: (530) 426-2868
Facsimile: (530) 665-8297

Attorney for Kapil Luther and Brikena Luther

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KRISHAN K. GOPAL**<br><br>**Plaintiff,**<br><br>vs.<br><br>**KAPIL LUTHER, BRIKENA E. LUTHER CALIFORNIA RELIEF LLC,**<br><br>**and DOES 1-50 inclusive**<br><br>**Defendants.** | Case No. 2:21-cv-00735-KJM-CKD<br><br>**MOTION TO COMPEL ARBITRATION AND DISMISS, OR IN THE ALTERNATIVE, STAY THE PROCEEDINGS**<br><br>**Date: May 28, 2021**<br>**Time: 10:00am**<br>**Courtroom: 3 (KJM)** |

**TO PLAINTIFF AND HIS ATTORNEY OF RECORD**

**NOTICE IF HEREBY GIVEN** that on May 28, 2021 at 10:00 am in Courtroom 3 of the United States District Court, Eastern District of California located at 501 I Street, Sacramento, CA, Defendants KAPIL LUTHER and BRIKENA E. LUTHER ("Defendants") hereby move this Court for an order compelling arbitration and dismissal of the entire action, or in the alternative, stay the proceedings pending the outcome of arbitration pursuant to 9 U.S.C § 4 of the Federal Arbitration Act on the following grounds:

1. This matter is subject to a mandatory arbitration provision contained in a contract between the parties, and
2. No waiver of the arbitration provision has occurred.

1
Defendant's Notice of Motion to Compel Arbitration and Dismiss, or in the Alternative, Stay

     Pursuant to the Court's Order re Filing Requirements (ECF No. 3-2) the parties have met and conferred regarding the arbitration provision and any potential resolution prior to filing this motion, but could not reach a resolution.

     This Motion to Compel Arbitration is based upon this Notice, the concurrently filed Memorandum of Points and Authorities, the Declaration of Kapil Luther with exhibits, and the Declaration of Michael C. Mapes with exhibits.

Dated: April 28, 2021                      Signed: _____
                                                        Michael C. Mapes
                                                        Attorney for Kapil Luther and
                                                        Brikena Luther